UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BIOMET M2A MAGNUM HIP IMPLANT
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2391

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Indiana.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Indiana with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 28, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BIOMET M2A MAGNUM HIP IMPLANT
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2391

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| INN | 3 | 14−01563 | AK | 4 | 14−00007 | Evans et al v. Biomet Inc et al |
| INN | 3 | 15−00355 | ALN | 2 | 15−01180 | Scott et al v. Biomet Inc et al |
| INN | 3 | 14−01433 | FLM | 6 | 14−00554 | Evans v. Biomet Orthopedics Inc. |
| INN | 3 | 14−01581 | FLS | 0 | 14−61129 | Schuberg v. Biomet Inc et al |
| INN | 3 | 14−01583 | FLS | 0 | 14−61132 | Hagen v. Biomet Inc et al |
| INN | 3 | 16−00510 | ILN | 1 | 16−06921 | Kaczmarek et al v. Biomet, Inc. et al |
| INN | 3 | 16−00511 | ILN | 1 | 16−06923 | Kaczmarek v. Biomet Manufacturing, LLC. et al |
| INN | 3 | 14−02057 | KYW | 3 | 14−00745 | Glasser v. Biomet Orthopedics LLC et al |
| INN | 3 | 12−00570 | LAE | 2 | 12−00521 | Pizzitolo v. Biomet Orthopedics LLC |
| INN | 3 | 15−00358 | MD | 1 | 15−01890 | Soustek v. Biomet, Inc. et al |
| INN | 3 | 14−01960 | MD | 8 | 14−01645 | Laughlin v. Shoop et al |
| INN | 3 | 15−00150 | MT | 1 | 15−00020 | Logan v. Biomet, Inc. et al |
| INN | 3 | 14−01647 | NCW | 3 | 14−00268 | Chisolm v. Biomet Inc et al |
| INN | 3 | 15−00377 | NE | 8 | 15−00291 | Wiebelhaus et al v. Biomet, Inc. et al |
| INN | 3 | 15−00470 | NJ | 2 | 15−07324 | Morningstar v. Biomet Inc, et al |
| INN | 3 | 15−00490 | NJ | 2 | 15−07325 | Herrera v. Biomet Fair Lawn LLC et al |
| INN | 3 | 16−00131 | NV | 2 | 16−00264 | Franks v. Biomet, Inc., et al |
| INN | 3 | 15−00133 | OKW | 5 | 15−00217 | Garrison v. Biomet Inc et al |
| INN | 3 | 14−01749 | TNM | 2 | 14−00059 | Walker v. Biomet Inc et al |
| INN | 3 | 14−01560 | TXW | 7 | 14−00029 | Cochran v. Biomet Inc et al |