FAEGRE BAKER DANIELS LLP
TARIFA B. LADDON, ESQ. (Admitted *Pro Hac Vice*)
tarifa.laddon@faegrebd.com
THEODORE O'REILLY, ESQ. (Admitted *Pro Hac Vice*)
theodore.oreilly@faegrebd.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090

ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway., Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

Attorneys for Defendants BIOMET, INC.
and BIOMET ORTHOPEDICS, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| REBECCA FRANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC<br><br>    Defendants. | Case No.: 2:16-cv-00264-APG-PAL<br><br>**SUBSTITUTION OF ATTORNEY** |

   BIOMET, INC. and BIOMET ORTHOPEDICS, LLC hereby substitute the firm of

ALVERSON TAYLOR & SANDERS as their attorneys of record in this matter, in the place

/ / /

/ / /

/ / /

and stead of the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP.

DATED THIS 11 day of October, 2019.

BIOMET, INC. and BIOMET ORTHOPEDICS, LLC

By_____

The law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as the attorneys of record for BIOMET, INC. and BIOMET ORTHOPEDICS, LLC in this matter.

DATED THIS 20 day of June, 2019.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By_____
NV Bar 008691

///
///
///
///
///
///
///

The firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for BIOMET, INC. and BIOMET ORTHOPEDICS, LLC in this matter.

DATED this 24th day of June, 2019.

ALVERSON TAYLOR & SANDERS

By: /s/ Leann Sanders
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway., Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

Attorneys for Defendants BIOMET, INC. and BIOMET ORTHOPEDICS, LLC

IT IS SO ORDERED

DATED: October 18, 2019

/s/ Brenda Weksler
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR & SANDERS and that on the 16th day of October, 2019, I caused to be served via CM/ECF a true and correct copy of SUBSTITUTION OF ATTORNEY, to the following:

James R. Christensen, Esq.
JAMES R. CHRISTENSEN PC
601 S. 6th Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

/s/ Nicholas Nelson
An Employee of ALVERSON TAYLOR & SANDERS

n:\courtney.grp\cases\26179\pleadings\substitution of attorney.doc

3

CC-26179