**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*admitted Pro Hac Vice*)
tarifa.laddon@faegredrinker.com
THEODORE O'REILLY (*admitted Pro Hac Vice*)
theodore.oreilly@faegredrinker.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone:   (310) 500-2090
Facsimile:   (310) 500-2091

**JAMES R. CHRISTENSEN P.C.**
JAMES R. CHRISTENSEN
(Nevada Bar. No. 0003861)
jim@jchristensenlaw.com
601 S. 6th St.
Las Vegas NV 89101
Telephone:   (702) 272-0406
Facsimile:   (702) 272-0415

*Attorneys for Plaintiff*
REBECCA FRANKS

[Additional attorneys listed on following page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA FRANKS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC,<br><br>                    Defendants. | Case No.: 2:16-cv-00264-APG-BNW<br><br>Honorable Andrew P. Gordon<br>Honorable Brenda Weksler<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br>**(First Request)**<br><br>Case Remanded:  December 28, 2018 |

| | |
|---|---|
| 1 | **ALVERSON TAYLOR & SANDERS**<br>LEANN SANDERS |
| 2 | (Nevada Bar No. 000390)<br>*lsanders@alversontaylor.com* |
| 3 | 6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV  89149 |
| 4 | Telephone:     (702) 384-7000<br>Facsimile:      (702) 385-7000 |
| 5 | |
| 6 | *Attorneys for Defendants*<br>BIOMET, INC. and<br>BIOMET ORTHOPEDICS, LLC |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION TO AMEND SCHEDULING ORDER

Plaintiff Rebecca Franks ("Plaintiff"), together with Defendants Biomet Inc. and Biomet Orthopedics, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, respectfully move the Court for an extension of fact and expert discovery deadlines to enable the Parties time to complete complex pretrial efforts and efficiently explore options for resolving this case. In support of their stipulation, the Parties state as follows:

1. This case involves a variety of product liability claims against Biomet due to Plaintiff's use of the Biomet M2a Metal-on-Metal Hip Replacement System.

2. This case was consolidated into the United States District Court for the Northern District of Indiana in the South Bend Division, where Judge Robert L. Miller, Jr. presides over *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation* (MDL 2391), cause number: 3:12-MD-2391 ("Biomet M2a Magnum MDL"). Judge Miller remanded this case to this Court on December 28, 2018. *See* Dkt. 18, MDL Conditional Remand Order Finalized, including the Second Suggestion of Remand and Explanation to Transferor Courts ("Remand order").

3. After remand, this Court issued a Scheduling Order on August 26, 2019, setting a fact discovery deadline of February 28, 2020 and an expert discovery deadline of June 16, 2020, among other pretrial dates. Dkt. No. 26.

4. Since remand, Biomet has actively engaged in discovery efforts while simultaneously making good faith efforts to settle this case. However, as detailed below, additional time is needed to potentially reach a resolution of this case and, alternatively, complete fact and expert discovery due to the complexity of this litigation.

5. Biomet has requested medical records from subpoenaed Plaintiff's medical records from 15 medical providers. Thus far, Biomet has collected 2,611 pages of records but is still in the process of completing case-specific record collection from Plaintiff's remaining treating physicians and facilities.

6. Biomet requires the medical records from Plaintiff's treating physicians and facilities in order to identify additional treaters, depose treating physicians and prepare expert witnesses. This task has been laborious due to the large number of physicians and medical departments being contacted. Once medical record collection is complete and Biomet has diligently reviewed the

- 1 -
STIPULATION TO AMEND SCHEDULING ORDER

produced documents, Biomet will propound written discovery requests and notice depositions of Plaintiff's treating physicians to timely complete fact discovery.

7. The Parties have also been collaborating to locate Plaintiff's missing explanted hip device at issue in this litigation. On November 26, 2019, Biomet subpoenaed the facility where Plaintiff underwent a revision surgery to retrieve the explant device. Plaintiff intends to notice a F.R.C.P. 30(b)(6) deposition to this facility in the event the facility does not produce the device. If the explant is located and produced, the Parties must reach an agreement as to the protocol for shipping, handling, and inspection of the explant device. Once Biomet is in possession of the device, its experts will conduct an inspection that will take approximately six weeks to complete. Biomet's inspection must be done in order to complete expert disclosures.

8. The Parties agree that continuing fact and expert discovery deadlines will allow them the necessary time to engage in settlement negotiations, increase the likelihood of settlement, and result in greater efficiencies and potential resolution of the case. In the event these negotiations are unsuccessful, the Parties will still have sufficient time to complete pretrial efforts in advance of deadlines.

9. Additional time to complete the above-described pretrial efforts would benefit both sides and result in greater judicial efficiency.

10. This request does not affect a trial date, as one has not yet been set.

11. This is the Parties' first request for an extension of pretrial deadlines.

12. This request is not made for the purpose of delay.

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that discovery and motion deadlines be extended as specified in this stipulation as follows:

- Last date to complete case-specific fact discovery from February 28, 2020 to **July 3, 2020**.

- Last date for Plaintiff to designate and serve expert witness reports for case-specific experts from April 14, 2020 to **August 19, 2020**.

- Last date for Defendants to designate and serve expert witness reports for case-specific experts from May 12, 2020 to **September 24, 2020**.

- Last date to disclose rebuttal experts from June 2, 2020 to **October 2, 2020**.

- Last date to complete case-specific expert discovery from June 16, 2020 to **October 29, 2020**.

- Last date to file motions *in limine* and dispositive motions from July 27, 2020 to **December 4, 2020**.

Dated: February 7, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: _____
Tarifa B. Laddon *(Pro Hac Vice)*
Theodore O'Reilly *(Pro Hac Vice)*

Attorneys for Defendants
BIOMET, INC. and BIOMET ORTHOPEDICS, LLC

Dated: January 27, 2020

**JAMES R. CHRISTENSEN P.C.**

By: /s/James R. Christensen
James R. Christensen

Attorneys for Plaintiff
REBECCA FRANKS

**IT IS SO ORDERED:**

DATED: 2/11/2020

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing pleading or paper was sent via electronic service on February 7, 2020, to the following attorneys of record:

James R. Christensen
JAMES R. CHRISTENSEN P.C.
601 S. 6th St.
Las Vegas NV 89101

/s/
Rosie Garcia-Zapatero