**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*admitted Pro Hac Vice*)
tarifa.laddon@faegredrinker.com
THEODORE O'REILLY (*admitted Pro Hac Vice*)
theodore.oreilly@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:    (310) 203-4000
Fax:          (310) 229-1285

*Attorneys for Defendants*
BIOMET, INC. and
BIOMET ORTHOPEDICS, LLC

**JAMES R. CHRISTENSEN P.C.**
JAMES R. CHRISTENSEN
(Nevada Bar. No. 0003861)
jim@jchristensenlaw.com
601 S. 6th St.
Las Vegas NV 89101
Telephone:    (702) 272-0406
Facsimile:    (702) 272-0415

*Attorneys for Plaintiff*
REBECCA FRANKS

[Additional attorneys listed on following page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA FRANKS,<br><br>                    Plaintiff,<br><br>       vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC,<br><br>                    Defendants. | Case No.: 2:16-cv-00264-APG-BNW<br><br>Honorable Andrew P. Gordon<br>Honorable Brenda Weksler<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br>**(Third Request)**<br><br>Case Remanded:  December 28, 2018 |

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS
(Nevada Bar No. 000390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV  89149
Telephone:   (702) 384-7000
Facsimile:    (702) 385-7000

*Attorneys for Defendants*
BIOMET, INC. and
BIOMET ORTHOPEDICS, LLC

JOINT STIPULATION TO AMEND SCHEDULING ORDER

Plaintiff Rebecca Franks ("Plaintiff"), together with Defendants Biomet Inc. and Biomet Orthopedics, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, respectfully move the Court for an extension of pre-trial deadlines as amended by the Court on April 28, 2020 (Dkt. No. 34) by approximately 90 days, due to the coronavirus (COVID-19) public health emergency in Nevada, California, and other states where the Parties' counsel and client representatives are located, and for additional reasons outlined below. In support of their stipulation, the Parties state as follows:

1. As this Court knows, this case involves a variety of product liability claims against Biomet due to Plaintiff's use of the Biomet M2a Metal-on-Metal Hip Replacement System. The Parties have actively litigated this case upon remand. Declaration of Theodore O'Reilly ("O'Reilly Decl."), ¶ 2. To avoid a repetitive account of this matter's previous proceedings in the instant stipulation, the Parties refer the Court to ¶¶ 1-7 in the Parties' earlier Stipulation to Amend Scheduling Order. Dkt. No. 30.

2. The United States District Court for the District of Nevada has recognized the increasing threat of COVID-19 and its effects on case proceedings both in and outside of Court, as acknowledged in the Court's General Orders 2020-10, 2020-05, and 2020-04.

3. Due to this ongoing public health crisis, the Parties' discovery efforts, including fact witness and expert depositions, have experienced significant delays, as Plaintiff's counsel, Biomet's counsel, the Parties to this action, and witnesses, live all over the United States and cannot safely travel due to the risk and travel limitations posed by COVID-19. O'Reilly Decl., ¶ 3.

4. Furthermore, the Parties' attempts to subpoena and otherwise communicate with the medical facility containing Plaintiff's right explant device has been frustrated due to limited personnel, administrative availability, and prioritized focus on COVID-19 treatment. Both Parties have issued subpoenas to this facility and are still in the process of communicating with the facility to determine the location and chain of custody of this explant. *Id.*, ¶ 4.

5. As a result, the Parties cannot proceed with expert discovery until they receive a response from the facility regarding this explant. *Id.*, ¶ 5.

6. In addition to this investigative delay experienced by both Parties, the Parties' attempts at any mediation attendance is severely affected as well. *Id.*, ¶ 6.

7. Consequently, the Parties hereby stipulate to continue the discovery and other pre-trial deadlines for approximately 90 days. *Id.*, ¶ 7.

8. The Parties agree that it would be most productive to resolve the explant issue first and to conduct upcoming proceedings and preparation for these proceedings in-person to the extent possible. *Id.*, ¶ 8.

9. This is the Parties' third request for an extension of deadlines. *Id.*, ¶ 9.

10. This request does not affect a trial date, as one has not yet been set. *Id.*, ¶ 10.

11. This request is not made for the purpose of undue delay. *Id.*, ¶ 11.

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that discovery, motion, and other pre-trial deadlines be extended as specified in this stipulation as follows:

- Last date to complete case-specific fact discovery from October 1, 2020 to **December 30, 2020**.

- Last date for Plaintiff to designate and serve expert witness reports for case-specific experts from November 17, 2020 to **February 16, 2021**.

- Last date for Defendants to designate and serve expert witness reports for case-specific experts from December 23, 2020 to **March 23, 2021**.

- Last date to disclose rebuttal experts from January 4, 2021 to **April 5, 2021**.

- Last date to complete case-specific expert discovery from January 27, 2021 to **April 27, 2021**.

- Last date to file motions *in limine* and dispositive motions from March 4, 2021 to **June 2, 2021**.

///
///
///

Dated: September 9, 2020

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Theodore O'Reilly
    Tarifa B. Laddon *(Pro Hac Vice)*
    Theodore O'Reilly *(Pro Hac Vice)*

Attorneys for Defendants
BIOMET, INC. and BIOMET ORTHOPEDICS, LLC

Dated: September 9, 2020

JAMES R. CHRISTENSEN P.C.

By: _____
    James R. Christensen

Attorneys for Plaintiff
REBECCA FRANKS

**IT IS SO ORDERED**

**DATED:** 5:04 pm, September 14, 2020

**BRENDA WEKSLER**
**UNITED STATEIS MAGISTRATED JUDGE**

- 3 -
JOINT STIPULATION TO AMEND SCHEDULING ORDER