1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA FRANKS, | Case No.: 2:16-cv-00264-APG-BNW |
| Plaintiff, | Honorable Andrew P. Gordon<br>Honorable Brenda Weksler |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC, | |
| Defendants. | Case Remanded: December 28, 2018 |

Having considered Plaintiff Rebecca Franks and Defendants Biomet Orthopedics, LLC and Biomet, Inc's Stipulation of Dismissal With Prejudice, this Court **HEREBY GRANTS** the stipulation and dismisses this case, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 15, 2021

_____
HON. ANDREW P. GORDON
United States District Judge